**113** WILSON ET AL vs. CIRCUIT JUDGE (Clare), No. 15414.

To dissolve an attachment.

Denied March 12, 1896, with costs.

The affidavit alleged (1) that defendants fraudulently contracted the debt, (2) that defendants had assigned and disposed of their property with intent, etc., and (3) that defendants were about to assign and dispose of their property with intent, etc.

Relator insists that the opinion filed by the court on the motion to dissolve is inconsistent with his refusal to dissolve the attachment.

**114** McCREA vs. CIRCUIT JUDGE (Muskegon), No. 13978, 100 M., 375.

To compel respondent to vacate an order quashing a writ of attachment in an action of tort.

Denied May 22, 1894, with costs.

The question involved was the sufficiency of the affidavit.